**FILED**
2019 Nov-19  PM 02:20
U.S. DISTRICT COURT
N.D. OF ALABAMA

Pro Se 14 (Rev. 09/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA

Tivon Rollie Thomas )
_____Plaintiff_____ )
*(Write your full name. No more than one plaintiff may be named in* )
*a complaint.)* )
)
-v- )
)  Case No. 1:19-CV-1875-MHH-JEO
)  *(to be filled in by the Clerk's Office)*
)
)
)
OFC. Daniel Tighe )
OFC. Charles Adkins )
_____Defendant(s)_____ )
*(Write the full name of each defendant who is being sued. If the* )
*names of all of the defendants cannot fit in the space above, please* )
*write "see attached" in the space and attach an additional page* )
*with the full list of names. Do not include addresses here. Your* )
*complaint may be brought in this court only if one or more of the* )
*named defendants is located within this district.)* )

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
### (Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee of $400.00 or an Application to Proceed *In Forma Pauperis*.

Mail the original complaint and the filing fee of $400.00 or an Application to Proceed *In Forma Pauperis* to the Clerk of the United States District Court for the Northern District of Alabama, Room 140, Hugo L. Black U.S. Courthouse, 1729 5th Avenue North, Birmingham, Alabama 35203-2195.

1

## I.  The Parties to this Complaint

### A.  The Plaintiff

Provide the information below for the plaintiff named in the complaint.

Name  Tivon Rollie Thomas

All other names by which
you have been known:

ID Number  264846

Current Institution  Lime Stone C.F.

Address  28779 Nick Davis Road

Harvest   Al   35749
_City_   _State_   _Zip Code_

### B.  The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name  Daniel Tighe

Job or Title *(if known)*  Correctional officer

Shield Number

Employer  Department of Corrections - Limestone

Address  28779 Nick Davis RD

Harvest   Al   35749
_City_   _State_   _Zip Code_

☑ Individual Capacity   ☐ Official Capacity

Defendant No. 2

Name  Charles Adkins

Job or Title *(if known)*  Correctional officer

Shield Number

Employer  Department of Corrections - Limestone

Address  28779 Nick Davis RD

Harvest   Al   35749
_City_   _State_   _Zip Code_

☑ Individual Capacity   ☐ Official Capacity

2

Defendant No. 3

    Name      _____

    Job or Title *(if known)*      _____

    Shield Number      _____

    Employer      _____

    Address      _____

                             *City*           *State*           *Zip Code*

    ☐ Individual Capacity      ☐ Official Capacity

Defendant No. 4

    Name      _____

    Job or Title *(if known)*      _____

    Shield Number      _____

    Employer      _____

    Address      _____

                             *City*           *State*           *Zip Code*

    ☐ Individual Capacity      ☐ Official Capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal law]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics,* 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

    ☐ Federal officials (a *Bivens* claim)

    ☒ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities, secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

*Violation of 8th amendment by excessive use of force*

3

C. Plaintiffs suing under *Bivens* may only recover for violation of certain constitutional rights. If you are suing under *Bivens,* what constitutional right(s) do you claim is/are being violated by federal officials?

_____

_____

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens,* explain how each defendant acted under color of federal law. Attach additional pages if needed.

*See attached Complaint Section labeled III Defendants, (Paragraphs 4-6)*

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply):*

☐ Pretrial Detainee

☐ Civilly committed detainee

☐ Immigration detainee

☑ Convicted and sentenced state prisoner

☐ Convicted and sentenced federal prisoner

☐ Other _____
   *(explain)*

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

_____

_____

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

*See attached Complaint paragraphs 7-34*

_____

4

C.  What date and approximate time did the events giving rise to your claim(s) occur?

*October 8th, 2019 around 8:30 p.m.*

D.  What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

*See attached Complaint paragraphs 7-34*

## V.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries in detail.

*An severe laceration to ear that required 16 stitches, along with swollen neck*

## VI.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

*See attached Complaint paragraphs 35-39*

5

**VII.    Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑  Yes

☐  No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Limestone Correctional Facility

B.    Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☐  Yes

☑  No

☐  Do not know

C.    Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐  Yes

☑  No

☐  Do not know

If yes, which claim(s)?

_____

_____

6

F.  If you did not file a grievance:

1.  If there are any reasons why you did not file a grievance, state them here:

_No grievance process at LimeStone C.f._

2.  If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

_Written Statement to Lt. Jones, Verbally to Sgt beaty. Capt. Smith and Capt. Longford. No response from any._

G.  Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

_See attached Complaint paragraph 32_
_See attached exhibits 1-4_

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.  Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had any cases dismissed based on grounds that it was frivolous, malicious, or failed to state a claim upon which relief may be granted?

☑ Yes

☐ No

If yes, state which court dismissed your case(s), when this occurred, and attach a copy of the order(s) if possible.

_two prior Cases, where I failed to state a Claim, Cause at the time I didn't know how. I don't have the orders due to Shakedowns. But I do have the Civil action numbers:_
_7:14-CV-02084-VEH-JEO; 1:14-CV-02158-CLS-JEO_

8

A.   Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐   Yes

☑   No

B.   If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.   Parties to the previous lawsuit

Plaintiff(s) _____

Defendant(s) _____

2.   Court *(if federal court, name the district; if state court, name the county and State)*

_____

3.   Docket or index number

_____

4.   Name of Judge assigned to your case

_____

5.   Approximate date of filing lawsuit

_____

6.   Is the case still pending?

☐   Yes

☐   No

If no, give the approximate date of disposition. _____

7.   What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?*

_____

9

**IX.**     **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.**

| | |
|---|---|
| Printed Name of Plaintiff | *Tivon Rollie Thomas* |
| Prison Identification # | *264896* |
| Prison Address | *28779 Nick Davis RD* |
| | *Harvest*          *Al*          *35749* |
| | City          State          Zip Code |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    *11- 6- 2019*
                        (Date)

*Tivon Thomas*

Signature of Plaintiff

10

United States District Court

Northern District of Alabama

Tivon Rollie Thomas
    Plaintiff
        V.
Officer, Daniel Tighe
Officer, Charles Adkins
    Defendants,
Both in their individual
Capacities

Complaint

Civil Action no.

## I. Jurisdiction and Venue

1. This is a civil action authorized by 42 U.S.C Section 1983 to redress the deprivation, under color of State law, of rights Secured by the Constitution of the United States. The Court has jurisdiction under 28 U.S.C. Section 1331 and 1343 (a)(3).

2. The Northern District of Alabama is an appropriate venue under 28 U.S.C. Section 1391 (b)(2) because it is where the events giving rise to this claim occured.

## II   Plaintiff

3 Plaintiff, Tivon Rollie Thomas, is and was at all times mentioned herein a prisoner of the State of Alabama in the custody of the Alabama Department of

Corrections. He is currently confined in Limestone Correctional facility, in Harvest, Alabama.

### III        Defendants.

4. Defendant, Ofc. Daniel Tighe is a Correctional officer of the Alabama Department of Corrections who, at all times mentioned in this complaint, held the rank of C.O.I. and was assigned to Limestone Correctional facility.

5. Defendant, Ofc. Charles Adkins is a Correctional officer of the Alabama Department of Corrections who, at all times mentioned in this Complaint, held the rank of C.O.I and was assigned to Limestone Correctional facility.

6. Each defendant is sued in his individual capacity. At all times mentioned in this Complaint each defendant acted under the color of State law.

### IV        facts.

7. On October 8th, 2019, around 8:30p.m. while ofc. Tighe was passing out ice, ofc. Tighe approached my assigned cell number, C-74.

8. He asks if I want any ice. I respond, no that I didnt want any

9. ofc. Tighe then closed the traydoor, along with the metal blind to cover the window. ofc. Tighe then leaves the door and moves along to cell number C-73.

10. While ofc. Tighe pass ice out to C-73 cell, my neighbouring cell, C-75, starts kicking on the door. When I hear the kicking, I come to the door and the blinds on the window is closed

11. The metal blind is an ordinary flap of metal, secured to the door with a simple vertical hinge. It can be locked shut by the sliding lock secured to it.

12. At that time the blind wasn't locked, and you can shake the door, causing no noise or disturbance, and swing the blind halfway open.

13. After hearing the kicking on the door, ofc. Tighe approach my cell, C-74, and asks if I'm kicking. I immediately respond, no it wasn't me. ofc. Tighe leaves my cell and continues to pass out ice.

14. The kicking starts back up. ofc. Tighe then comes back to my cell, C-74, and I'm looking out the window to see what's going on.

15 Ofc. Tighe looks at me and smiles. Ofc. Tighe then opens the tray door to my Cell. The traydoor sits low on the door. Once Ofc. Tighe opens the traydoor, I kneel down and place my face to the hole, So I could hear what he would Say.

16. The exhaust fan system in the dorm is very noisy and it's hard to hear if you're not up on the door.

17. with my face in the trayhole, Ofc. Tighe Says nothing. He Sprays me in the face with mace. Ofc. Tighe then closed the traydoor and leaves

18. While using the Sink in my Cell, trying to remove the Mace from my eyes, Ofc. ADkins approach my assigned cell.

19. Ofc. ADkins opens the traydoor. Ofc. ADkins instructs me to Come to the door. Ofc. ADkins instructs me to turn around and Stick my arms out the trayhole, So he could handcuff me.

20. I immediately obey and was handcuffed with my arms behind my back.

21. Ofc. ADkins grabs me and guides me towards the front entrance. The Shifts response team has been Called. The team of officers were questioning Ofc. Tighe.

22. At that time, being guided by ofc. Adkins right hand wrapped around the back of my neck, while walking with Mace in my eyes and being handcuffed with my arms behind me.

23. ofc. ADkins questions me, asking what's going on.

24. ofc. ADkins rams my head into the wall. I instantly drop loosing conciousness. When I re-gain focus moments later, I'm facedown on the ground lying in my blood with my hands behind me in handcuffs.

25. At that time, I knew something was wrong with me, but too disoriented to figure out what it was.

26. I was then lifted to my feet. I didit see ofc. Adkins anywhere. Several officers then took me to the infirmory. While under examination by the nurse, She tells me I have a severe laceration to my ear.

27. The nurse then states its severe to the point where I'll have to go outside the prison fence to the local hospital, Crestwood Medical Center.

28. At crestwood Medical, I recieved treatment by nurse Stefanie, under physician fic A. koler's care, where it required sixteen (16) stitches to repair my ear.

29. I was also prescribed antibiotics for any possible infection.

30. A certified document is available that provides information of an previous incident, where I and ofc. Atkins had a problem.

31. And upon information and belief, ofc. Tighe has been disciplined several times for using unjustified actions with inmates

### V  Exhaustion of Legal Remedies

32. There is currently no grievance system at Lime Stone Correctional Facility. While plaintiff, Twan Rollie Thomas, did inform supervisors of the incident that same night, October 8th, 2019. And informed Captain Smith on October 10th, 2019. documentation can be provided.

### VI        Legal Claims

33. plaintiff reallege and incorporate by reference paragraphs 1-32.

34. The excessive use of force violated plaintiff, Twan Rollie Thomas rights and Constituted Cruel and unusual Punishment under the eighth amendment to the United

States Constitution.

## VII    Prayer for Relief

wherefore, Plaintiff respectfully prays that this Court enter judgement granting Plaintiff:

35. Compensatory damages in the amount of $350,000 against each defendant, jointly and severally.

36. Punitive damages in the amount of $50,000 against each defendant.

37. A jury trial on all issues triable by jury

38. Plaintiff's Costs in this suit

39. Any additional relief this court deems just, proper, and equitable.

Dated: November 4th, 2019
   Respectfully Submitted

Tivon Bailie Thomas - ATS 269846
28779 Nick Davis road
Harvest, Al 35749

Verification

I have read the foregoing Complaint and hereby verify that the matters alleged therein are true, except as to matters alleged on information and belief, and, as to those, I believe them to be true. I certify under penalty of perjury that the foregoing is true and correct,

Executed at Harvest, Alabama on November 4th, 2019

Tivon Thomas
Tivon Bollie Thomas

Tivon Ballie Thomas
  Plaintiff
    V.

Ofc. Daniel Tighe
Ofc. Charles Adkins
Defendants, Both in individual
Capacities

Summons

Civil Action no:

TO THE ABOVE - NAMED DeFeNDANTS:
    You are hereby Summoned and required to Serve
upon plaintiff, Whose address is Tivon B. Thomas Ais
264846, LimeStone C.F. 28779 Nick Davis Road,
Harvest, Alabama 35749 an answer to the Complaint
Which is herewith Served upon you. Within 20 days
after Service of this summons upon you, exclusive
of the day of Service, or 60 days if the U.S.
Government or officer / agent thereof is a defendant.
If you fail to do so, judgement by default will be
taken against you for the relief demanded in the
Complaint.

    Clerk of the Court

    Date: _____

Exhibit 1 (1 of 2)

State of Alabama
Limestone County

AFFIDAVIT of TEVON THOMAS

Before Me, the undersigned Notary Public, in and for Said County and State, Personally appeared Tevon Thomas, And after being duly Sworn by me, deposes and Say's on oath as follows:

1. My name is Tevon Thomas and I am over the age of twenty-one (21) years of age.

2. I am currently incarcerated by the Ala. Dept of Corrections at Limestone C.f. located in Harvest, Alabama. I have personal knowledge of the facts herein.

3. On Thursday, Oct 3, 2019 around Shower time, which is between 6:30 p.m. to 10:00 p.m. Ofc. Adkins and I did have a minor incident. While ofc. Adkins was on duty for the Showers. Ofc. Adkins while Showering inmates, was passing out laundry bags that just came from the wash. After noticing that all the bags have been passed out. I ask ofc. Adkins if he has ~~my~~ bag. Ofc. Adkins responds saying he didn't See my bag. After thinking about where my bag could be, I tap the window to get ofc. Adkins attention. The exhaust fan System is very noisy, and the only way to get anyone's attention is to tap the windows, when they are far away from the cell.

Exhibit 1 (2 of 2)

State of Alabama
Limestone County

I realize my dug may be on the other side of the building. Off. Adkins approach my assigned cell, C-74, asking if it was me tapping the windows. I non-aggressively respond say yes and then explains that he may have to check the other side. Off. Adkins responds saying ok, give me a minute, I'm running like a chicken with it's head cut off, and continuing to hit the window will only piss me off. I respond saying ok and moves away from the door. Off. Adkins minutes later, approach to let me out the cell to shower. I immediately apologize for causing him any frustration. I thought nothing of this until the incident on Oct 8, 2019, where off. Adkins rammed my head into the wall, while handcuffed with mace in my eyes
The Affiant Saith further not.
Done on the 15 day of October 2019.
Quan Thomas
Sworn and subscribed before me and given under my hand and official seal this 15 day of October 2019

Mitchell Wade McAllister
Notary Public

5-6-27

My Comm Ex.

Exhibit 2

## INMATE REQUEST SLIP

Name _Tevon Thomas_ Quarters _C-74_ Date _10-17-19_

AIS # _264806_

( ) Telephone Call     ( ) Custody change     ( ) Personal Problem

( ) Special Visit     ( ) Time Sheet     ( ✓ ) Other _Legal_

Briefly Outline Your Request – Then Drop In Mail Box

I need the full names and Shield numbers for ofc. Tighe and ofc. Adkins. I also need the provided form filled out.

Quan Thomas

Do Not Write Below This Line – **For Reply Only**

I do not have info on officers. Please direct that request to the Shift office supervisor.

ofc. Charles Adkins
ofc. Daniel Tighe

RECEIVED
OCT 24 2019
BY:

Approved     Denied     Pay Phone     Collect Call

Request Directed to: (Check One)

( ) Warden     ( ) Deputy Warden     ( ) Captain

( ) Classification Supervisor     ( ) Legal Officer – Notary Public     ( ) Record Office

N176

Business - Legal

Exhibit 3

**INMATE REQUEST SLIP**

Name _Tivon Thomas_    Quarters _G-74_ Date _10-10-19_

AIS # _264846_

( ) Telephone Call          ( ) Custody change          ( ) Personal Problem

( ) Special Visit          ( ) Time Sheet          (✓) Other _Capt. Smith_

Briefly Outline Your Request – <u>Then Drop In Mail Box</u>

Captain Smith, Sorry to bother you, but I do remember a prior situation a week before the incident of Oct 8-19 where Ofc. Adkins and I had a minor incident that I thought nothing of at the time you questioned me.

<u>Do Not Write Below This Line</u> – **For Reply Only**

It sounds like the first was not a "incident" more a conversation.

| Approved | Denied | Pay Phone | Collect Call |
|---|---|---|---|

Request Directed to: (<u>Check One</u>)

( ) Warden          ( ) Deputy Warden          (✓) Captain _Smith_

( ) Classification Supervisor          ( ) Legal Officer – Notary Public          ( ) Record Office

N176

Exhibit 9

RESTRICTED AR: Not for Public Dissemination

Alabama Department of Corrections

## USE OF FORCE
## INMATE WRITTEN STATEMENT

Institution: _LCF_

Incident Number: _____

Date of Incident: _10-8-19_

Statement:

I _Tivon Thomas_ , _264846_ want to make the
(Name)                              (AIS number)

following statement: There was a disturbance in C-dorm
not caused by me. Several inmates were kicking on
the doors. Ofc. Tighe approach my assigned cell,
questioning me about kicking on the door. I clearly
state "I wasn't kicking. Ofc. Tighe then closed the
blind on the door. I opened the blind by shaking
the door, Ofc. Tighe sprays me while smiling,
Afterwards, Ofc. ADkins approach and tells me to
Cuff up, which I immediately obey. Once out of the
cell Ofc. ADkins questions me about what happen.
While trying to explain, I'm trying to face ADkins
while I'm talking. But I really can't see cause Mace
in my eyes. Ofc. ADkins thinks I'm struggling, but
I was trying to let him know what was going on.
So while continuing to explain ADkins grabs me by
the cuffs and rams me head first into wall
of phones under the Cube

I have not been threatened, intimidated, or coerced in any way in reference to this statement. I make this statement of my own free will and accord.

_Tivon Thomas_          _Tivon Thomas_          _10-8-19_
(Printed Name)              (Signature)              (Date)

When additional pages are utilized, the statement will be concluded on another copy of this form, be initialed by the inmate making this statement, and numbered as "Page _1_ of _1_ pages."

_T.T._    Page: _1_ of _1_ pages
(Initials)

ADOC Form 327-B – March 4, 2015