# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| TIVON ROLLIE THOMAS, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:19-cv-01875-MHH-HNJ |
| DANIEL TIGHE, et al., | ) |
| Defendants. | ) |

## MEMORANDUM OPINION AND ORDER

The Magistrate Judge entered a report on June 21, 2021, recommending that the Court deny the defendants' motion for summary judgment as to plaintiff Tivon Rollie Thomas's Eighth Amendment excessive force claims. (Doc. 23). The Magistrate Judge advised the parties of their right to file specific written objections within 14 days. The Court has not received objections.

Having reviewed the Court's electronic record in this case, the Court adopts the Magistrate Judge's report and accepts his recommendation. Accordingly, the Court denies the defendants' motion for summary judgment as to Mr. Thomas's Eighth Amendment excessive force claims. The Court refers this matter to the Magistrate Judge for further proceedings.

**DONE** and **ORDERED** this August 2, 2021.

_____
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE